**Electronically Filed
Supreme Court
SCWC-10-0000032
09-AUG-2012
10:47 AM**

NO. SCWC-10-0000032

IN THE SUPREME COURT OF THE STATE OF HAWAI'I

---

JACQUELINE TAMMAN, Respondent/Plaintiff-Appellee,

vs.

SAMI TAMMAN, Petitioner/Defendant-Appellant.

---

CERTIORARI TO THE INTERMEDIATE COURT OF APPEALS
(ICA NO. CAAP-10-0000032; FC-D NO. 07-1-1120)

ORDER REJECTING APPLICATION FOR WRIT OF CERTIORARI
(By: Recktenwald, C.J., Nakayama, and Acoba, JJ.,
Circuit Judge Kim, in place of McKenna, J., recused,
and Circuit Judge Del Rosario, assigned by reason of vacancy)

Petitioner/Defendant-Appellant's application for writ

of certiorari filed on June 28, 2012, is hereby rejected.

DATED:  Honolulu, Hawai'i, August 9, 2012.

Samuel P. King, Jr., for
petitioner

Peter Van Name Esser for
respondent

/s/ Mark E. Recktenwald

/s/ Paula A. Nakayama

/s/ Simeon R. Acoba, Jr.

/s/ Glenn J. Kim

/s/ Dexter D. Del Rosario

